SERENDIB LAW FIRM APC
Dimuth C. Amaratunge (SBN 237158)
Email: da@serendiblaw.com
Maya L. Serkova (SBN 307025)
Email: mserkova@serendiblaw.com
765 The City Drive, Suite 355
Orange, California 92868
Telephone: (714) 703-1300
Facsimile: (714) 703-1304

Attorneys for Plaintiff
Maria Alejandra Vigil

SEYFARTH SHAW LLP
Jamie C. Pollaci (SBN 244659)
Email: jpollaci@seyfarth.com
Orly Z. Elson (SBN 240645)
E-mail:  oelson@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALEJANDRA VIGIL,<br><br>      Plaintiff,<br><br>   v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 through 10,<br><br>      Defendant. | Case No.: 8:21-cv-000240-DOC-JDE<br><br>Hon. David O. Carter<br><br>**JOINT STIPULATION TO STAY ACTION AND SUBMIT CLAIMS TO BINDING ARBITRATION**<br><br>Complaint Filed:   January 4, 2021<br>Trial Date:   None Set |

Plaintiff Maria Alejandra Vigil ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant") by and through their respective attorneys, hereby stipulate and agree as follows:

**WHEREAS,** in connection with Plaintiff's employment with Defendant, Plaintiff and Defendant (the "Parties") became parties to a written arbitration agreement ("Arbitration Agreement"). Attached hereto is a true and correct copy of the Arbitration Agreement that is incorporated by reference herein as **Exhibit A**;

**WHEREAS,** the Arbitration Agreement provides for binding arbitration of the Parties' disputes in proceedings before the American Arbitration Association ("AAA") or JAMS, Inc.("JAMS");

**WHEREAS,** Plaintiff filed this instant action on or about January 4, 2021;

**WHEREAS**, Plaintiff's Complaint alleges claims for: (1) Disability Discrimination; (2) Failure to Engage in the Interactive Process; (3) Failure to Accommodate; (4) Failure to Prevent Discrimination and Retaliation; (5) Retaliation; (6) Wrongful Termination in Violation of Public Policy; (7) Intentional Infliction of Emotional Distress and (8) Unlawful Competition and Unlawful Business practices..

**WHEREAS,** all of Plaintiff's claims in this case are subject to binding arbitration pursuant to the Arbitration Agreement and the Federal Arbitration Act;

**WHEREAS,** Defendant brought the Arbitration Agreement to the attention of Plaintiff's counsel and requested that Plaintiff stipulate to binding arbitration pursuant to the terms of the Arbitration Agreement;

**WHEREAS,** the Arbitration Agreement states that arbitration applies to any controversy "arising out of your employment";

**WHEREAS,** by executing this Stipulation, Plaintiff, by and through her attorneys of record, agrees to stipulate and submit this matter to binding arbitration pursuant to the terms of the Arbitration Agreement; and

**THEREFORE,** subject to the approval of this Court, it is hereby Stipulated and agreed, by and between the Parties, as follows:

1) The Parties shall submit all of Plaintiff Maria Alejandra Vigil's claims in this action against Defendant Lowe's Home Centers, LLC to binding arbitration by submitting the demand to AAA or JAMS directly;

2) Plaintiff's claims against Defendant will proceed in arbitration before the AAA or JAMS in accordance with the terms of the Arbitration Agreement to which she agreed, subject to the parties' right to have the decision reviewed in accordance with California law; and

3) This action will be stayed pending final determination of the arbitration proceedings, all pending hearings, conferences and deadlines in this civil action will be taken off calendar, and the Court will retain jurisdiction for the limited purpose of entertaining statutory proceedings, including a petition to confirm, vacate, or correct any arbitration award.

**IT IS SO STIPULATED**

DATED:  April  1, 2021          SERENDIB LAW FIRM

By: _/s/ Maya L. Serkova_
    SERENDIB LAW FIRM APC
    Maya L. Serkova
    Attorneys for Plaintiff
    MARIA ALEJANDRA VIGIL

DATED: April 1, 2021          SEYFARTH SHAW LLP

By: _/s/ Orly Z. Elson_
    Orly Z. Elson
    Attorneys for Defendant
    LOWE'S HOME CENTERS, LLC